## Mississippi Electronic Courts
## Nineteenth Circuit Court District (George Circuit Court)
## CIVIL DOCKET FOR CASE #: 20CI1:24-cv-00090-KJ

Aaron Vaughn Baker v. George County, Mississippi, George
County Sheriff Keith Havard in his Official Capacity and
Individual Capacity, Terry Rogers, Warden of George-Greene
County Correctional Facility, in his Official Capacity and
Individual Capacity and John Does 1-10
Assigned to: Kathy King Jackson

Date Filed: 04/05/2024
Current Days Pending: 46
Total Case Age: 46
Jury Demand: None
Nature of Suit: Other Torts (175)

**Upcoming Settings:**

None Found

---

**Plaintiff**

**Aaron Vaughn Baker**                     represented by     **Michael W Crosby**
                                                              Michael W. Crosby, Attorney
                                                              2111 25TH AVENUE
                                                              GULFPORT, MS 39501
                                                              228-865-0313
                                                              Fax: 228-865-0337
                                                              Email: michaelwcrosby@bellsouth.net
                                                              *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**George County, Mississippi**

**Defendant**

**George County Sheriff Keith Havard in
his official Capacity and Individual
Capacity**

**Defendant**

**Terry Rogers, Warden of George-Greene
County Correctional Facility, in his
Official Capacity and Individual Capacity**

**Defendant**

**John and Jane Does 1-10**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/05/2024 | 1 | Receipt and Civil Cover Sheet (Davis, Kim) (Entered: 04/05/2024) |
| 04/05/2024 | 2 | COMPLAINT against George County Sheriff Keith Havard in his official Capacity and Individual Capacity, George County, Mississippi, John and Jane Does 1-10, Terry Rogers, |

| | | |
|---|---|---|
| | | Warden of George-Greene County Correctional Facility, in his Official Capacity and Individual Capacity, filed by Aaron Vaughn Baker. (Davis, Kim) (Entered: 04/05/2024) |
| 04/05/2024 | 3 | SUMMONS Issued to George County, Mississippi by service upon Cammie Byrd, Warden Terry Rogers, Sheriff Keith Havard. (Davis, Kim) (Entered: 04/05/2024) |
| 04/26/2024 | 4 | SUMMONS Returned Executed by Aaron Vaughn Baker. *Re:* ** 3 SUMMONS Issued to George County, Mississippi by service upon Cammie Byrd, Warden Terry Rogers, Sheriff Keith Havard. (Davis, Kim)** Terry Rogers, Warden of George-Greene CountyCorrectional Facility, in his Official Capacity and Individual Capacity served on 4/12/2024, answer due 5/12/2024. Service type: Personal (Crosby, Michael) (Entered: 04/26/2024) |
| 04/26/2024 | 5 | SUMMONS Returned Executed by Aaron Vaughn Baker. *Re:* ** 3 SUMMONS Issued to George County, Mississippi by service upon Cammie Byrd, Warden Terry Rogers, Sheriff Keith Havard. (Davis, Kim)** George County, Mississippi served on 4/12/2024, answer due 5/12/2024. Service type: Personal (Crosby, Michael) (Entered: 04/26/2024) |
| 05/01/2024 | 6 | SUMMONS Returned Executed by Aaron Vaughn Baker. *Re:* ** 3 SUMMONS Issued to George County, Mississippi by service upon Cammie Byrd, Warden Terry Rogers, Sheriff Keith Havard. (Davis, Kim)** George County Sheriff Keith Havard in his official Capacity and Individual Capacity served on 4/12/2024, answer due 5/12/2024. Service type: Personal (Crosby, Michael) (Entered: 05/01/2024) |

| MEC Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/21/2024 09:27:39 | | |
| **You will be charged $0.20 per page to view or print documents.** | | |
| **MEC Login:** | sl0205 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 20CI1:24-cv-00090-KJ |
| **Billable Pages:** | 1 | **Cost:** | 0.20 |

FEE BILL, CIVIL CASES, CIRCUIT COURT

State of Mississippi
George County

BAKER VS GEORGE COUNTY

Case #                    Acct #            Paid By CHECK 3741        Rct#  27131
------------------------------------------------------------------------------
              CV-CLERK FEE                          85.00
              CV-JURY TAX                            3.00
              CV-SUMMONS ISSUED FEE                  2.00
              CV-COURT REPORTER                     10.00
              CV-LAW LIB                             2.50
              CV-SCEF                               2.00
              CV-COURT CONSTITUENTS                   .50
              CV-LEGAL ASSISTANCE                    5.00
              CV-ELECTRONIC FILING                  10.00
              CV-JUDICIAL SYS OPERATION FUND        40.00




                                              ===========
                                 Total    $    160.00
------------------------------------------------------------------------------


Payment received from MICHAEL W CROSBY



Transaction  32664 Received  4/ 5/2024 at 14:34 Drawer   1 I.D. KDD

Current Balance Due        $0.00              Receipt Amount $   160.00

  By _____ D.C.  Chad Welford, Circuit Clerk


Case #                    Acct #        Paid By CHECK 3741      Rct#  27131

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party*
*Prior to Filing of Pleading)*

Mississippi Supreme Court          Form AOC/01
Administrative Office of Courts     (Rev 2020)

**Court Identification Docket #**

| County # | Judicial District | Court ID (CH, CI, CO) | Case Year | Docket Number |
|---|---|---|---|---|
| 1 9 | 1 | C I | 2 0 2 4 | 9 0 |

Local Docket ID

**This area to be completed by clerk**

| Month | Date | Year |
|---|---|---|
| 0 4 | 0 5 | 2 4 |

Case Number if filed prior to 1/1/94

---

In the **CIRCUIT** Court of **GEORGE** County ___ Judicial District

## Origin of Suit (Place an "X" in one box only)

- [X] Initial Filing
- [ ] Remanded
- [ ] Reinstated
- [ ] Reopened
- [ ] Foreign Judgment Enrolled
- [ ] Joining Suit/Action
- [ ] Transfer from Other court
- [ ] Appeal
- [ ] Other

## Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

**Individual** Baker / Aaron / Vaughn

| Last Name | First Name | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV |
|---|---|---|---|---|

___ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency _____

**Business** _____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A _____

**Address of Plaintiff** _____

**Attorney (Name & Address)** Michael W. Crosby, 2111 25th Avenue, Gulfport, MS  39501     **MS Bar No.** 07888

___ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing:

## Defendant - Name of Defendant - Enter Additional Defendants on Separate Form

**Individual** _____

| Last Name | First Name | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV |
|---|---|---|---|---|

___ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

___ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency _____

**Business** George County, MS
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A _____

**Attorney (Name & Address) - If Known** _____          **MS Bar No.** _____

---

___ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

## Nature of Suit (Place an "X" in one box only)

### Domestic Relations
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce:Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Term. of Parental Rights-Chancery
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other

### Appeals
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Municipal Court
- [ ] Other

### Business/Commercial
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [ ] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other

### Probate
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Mental Health Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Joint Conservatorship & Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest
- [ ] Alcohol/Drug Commitment (Involuntary)

### Children/Minors - Non-Domestic
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion
- [ ] Minor Removal of Minority
- [ ] Other

### Civil Rights
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other

### Contract
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other

### Statutes/Rules
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other

### Real Property
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other

### Torts
- [ ] Bad Faith
- [ ] Fraud
- [ ] Intentional Tort
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [ ] Negligence - General
- [ ] Negligence - Motor Vehicle
- [ ] Premises Liability
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death
- [X] Other

### Alcohol/Drug Commitment
- [ ] Alcohol/Drug Commitment (Voluntary)

IN THE __CIRCUIT__ COURT OF __GEORGE__ COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____ _____      Docket No. If Filed
              File Yr        Chronological No.        Clerk's Local ID        Prior to 1/1/94 _____

**PLAINTIFFS IN REFERENCED CAUSE - Page 1 of ___ Plaintiffs Pages**
**IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Plaintiff #2:**

**Individual**: _____ _____ ( _____ ) _____ _____
                    Last Name          First Name        Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** _____
                Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

   D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Plaintiff #3:**

**Individual**: _____ _____ ( _____ ) _____ _____
                    Last Name          First Name        Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** _____
                Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

   D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Plaintiff #4:**

**Individual**: _____ _____ ( _____ ) _____ _____
                    Last Name          First Name        Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** _____
                Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

   D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

I<small>N THE</small> <u>CIRCUIT</u>   C<small>OURT OF</small> <u>GEORGE</u>   C<small>OUNTY,</small> M<small>ISSISSIPPI</small>

_____ J<small>UDICIAL</small> D<small>ISTRICT,</small> C<small>ITY OF</small> _____

Docket No._____ - _____ _____   Docket No. If Filed
　　　　　　 File Yr　　　Chronological No.　　 Clerk's Local ID　　　Prior to 1/1/94 _____

**PLAINTIFFS IN REFERENCED CAUSE - Page___ of ___ Plaintiffs Pages**
**IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Plaintiff # ___ :**

**Individual**: _____ _____ ( _____ ) _____ _____
　　　　　　 Last Name　　　 First Name　　 Maiden Name, if Applicable　 Middle Init.　 Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

　　Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

　　D/B/A _____

**Business** _____
　　　　　　 Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

　　D/B/A _____

A<small>TTORNEY FOR THIS</small> P<small>LAINTIFF</small>: _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Plaintiff # ___ :**

**Individual**: _____ _____ ( _____ ) _____ _____
　　　　　　 Last Name　　　 First Name　　 Maiden Name, if Applicable　 Middle Init.　 Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

　　Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

　　D/B/A _____

**Business** _____
　　　　　　 Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

　　D/B/A _____

A<small>TTORNEY FOR THIS</small> P<small>LAINTIFF</small>: _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Plaintiff # ___ :**

**Individual**: _____ _____ ( _____ ) _____ _____
　　　　　　 Last Name　　　 First Name　　 Maiden Name, if Applicable　 Middle Init.　 Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

　　Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

　　D/B/A _____

**Business** _____
　　　　　　 Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

　　D/B/A _____

A<small>TTORNEY FOR THIS</small> P<small>LAINTIFF</small>: _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

IN THE **CIRCUIT** COURT OF **GEORGE** COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____ _____
File Yr             Chronological No.      Clerk's Local ID

Docket No. If Filed
Prior to 1/1/94_____

### DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages
### IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Defendant #2:**

**Individual**: Havard _____ Keith _____ ( _____ ) ___ ___
          Last Name       First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** - Sheriff Keith Havard, Individually and in their offical capacity
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

   D/B/A _____

**ATTORNEY FOR THIS DEFENDANT**: _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant #3:**

**Individual**: Rogers _____ Terry _____ ( _____ ) ___ ___
          Last Name       First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** George County Correctional Facility - Terry Rogers/Warden Individually and in their offical capacity
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

   D/B/A _____

**ATTORNEY FOR THIS DEFENDANT**: _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant #4:**

**Individual**: Does 1-10 _____ John and Jane _____ ( _____ ) ___ ___
          Last Name       First Name        Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** _____
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

   D/B/A _____

**ATTORNEY FOR THIS DEFENDANT**: _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

IN THE CIRCUIT COURT OF GEORGE COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF

Docket No._____ - _____ _____
File Yr          Chronological No.          Clerk's Local ID

Docket No. If Filed
Prior to 1/1/94_____

**DEFENDANTS IN REFERENCED CAUSE - Page __ of __ Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant # ___ :**

**Individual:** _____ _____ (_____) _____ _____
                Last Name        First Name      Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
                Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant # ___ :**

**Individual:** _____ _____ (_____) _____ _____
                Last Name        First Name      Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
                Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant # ___ :**

**Individual:** _____ _____ (_____) _____ _____
                Last Name        First Name      Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
                Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

### *CHILD SUPPORT INFORMATION SHEET*

#### *Please include all information known*

IN THE <u>CIRCUIT</u> COURT OF <u>GEORGE</u> COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____   _____        Docket No. If Filed
<span style="padding-left:2em">File Yr</span>   <span style="padding-left:2em">Chronological No.</span>   <span style="padding-left:2em">Clerk's Local ID</span>        Prior to 1/1/94_____

***Father***:_____        Date of Birth        Social Security #
<span style="padding-left:4em">Last</span>   <span style="padding-left:2em">First</span>   M/I   Jr/Sr etc.

Address: _____  (___)_____
<span style="padding-left:20em">Phone #</span>        Drivers License #

Employer Name and Address: _____  (___)
<span style="padding-left:30em">Employer Phone #</span>

***Mother***:_____        Date of Birth        Social Security #
<span style="padding-left:4em">Last</span>   <span style="padding-left:2em">First</span>   M/I   Jr/Sr etc.

Address: _____  (___)_____
<span style="padding-left:20em">Phone #</span>        Drivers License #

Employer Name and Address: _____  (___)
<span style="padding-left:30em">Employer Phone #</span>

***Child***:_____        Date of Birth        Social Security #
<span style="padding-left:4em">Last</span>   <span style="padding-left:2em">First</span>   M/I   Jr/Sr etc.

Address: _____  (___)_____
<span style="padding-left:20em">Phone #</span>

***Child***:_____        Date of Birth        Social Security #
<span style="padding-left:4em">Last</span>   <span style="padding-left:2em">First</span>   M/I   Jr/Sr etc.

Address: _____  (___)_____
<span style="padding-left:20em">Phone #</span>

***Child***:_____        Date of Birth        Social Security #
<span style="padding-left:4em">Last</span>   <span style="padding-left:2em">First</span>   M/I   Jr/Sr etc.

Address: _____  (___)_____
<span style="padding-left:20em">Phone #</span>

***Child***:_____        Date of Birth        Social Security #
<span style="padding-left:4em">Last</span>   <span style="padding-left:2em">First</span>   M/I   Jr/Sr etc.

Address: _____  (___)_____
<span style="padding-left:20em">Phone #</span>

*FOR ADDITIONAL CHILDREN, PLEASE ATTACH ADDITIONAL FORMS*

MANDATED PURSUANT TO:
**Federal Social Security Act Title IV-D,
§§ 454(26)(A) and 454A(e)(4);
Miss. Code Ann. §43-19-31(l)(iii) (Supp. 1999)**

**Information will be sent to the
ADMINISTRATIVE OFFICE OF COURTS AND
MDHS CHILD SUPPORT ENFORCEMENT DIVISION**

## IN THE CIRCUIT COURT OF GEORGE COUNTY, MISSISSIPPI

**AARON VAUGHN BAKER**                                               **PLAINTIFF**

**VS.**                                           CIVIL ACTION NO. _24-CV-90 ②_

**GEORGE COUNTY, MISSISSIPPI, GEORGE COUNTY**        **DEFENDANTS**
**SHERIFF KEITH HAVARD IN HIS OFFICIAL CAPACITY**
**AND INDIVIDUAL CAPACITY, TERRY ROGERS, WARDEN OF**
**GEORGE-GREENE COUNTY CORRECTIONAL FACILITY, IN HIS**
**OFFICIAL CAPACITY AND INDIVIDUAL CAPACITY, AND**
**JOHN AND JANE DOES 1-10**

### COMPLAINT
**Jury Trial Demanded**

COMES NOW Plaintiff Aaron Vaughn Baker, by and through his counsel of record, and

files this Complaint and in support thereof would show unto the Court the following, to-wit:

### JURISDICTION AND VENUE

1.      Subject matter jurisdiction is appropriate as claims are asserted pursuant to 42

U.S.C. § 1983 as well as the Eight and Fourteenth Amendments to the United States

Constitution. The Court also has jurisdiction over the state law claims asserted.

2.      Venue is proper in George County, Mississippi as substantial acts, omissions, and

events giving rise to this Complaint occurred in George County, Mississippi. Additionally,

Venue is proper in George County, Mississippi as Defendants George County, Mississippi and

the George-Greene County Correctional Facility ("GCCF") are located in George County,

Mississippi.

### PARTIES



FILED

APR 0 5 2024

Chad Welford, Circuit Clerk
By _____ D.C.

3.      Defendant George County, Mississippi (herein "County") is a political subdivision of the State of Mississippi organized and existing pursuant to the laws of the State of Mississippi. George County, by and through the George County Sheriff's department, is charged with the oversight and supervision of the George-Greene County Correctional Facility. George County may be served with process pursuant to Mississippi law by service upon Cammie Byrd, Chancery Clerk of George County, Mississippi, 355 Cox Street, Suite A, Lucedale, MS 39452.

4.      Defendant Keith Havard was at all times relevant the duly elected Sheriff of George County, Mississippi and charged with the oversight and supervision of the George-Greene County Correctional Facility.  Sheriff Havard had the responsibility for providing humane care and treatment of prisoners consistent with all constitutional standards and American Correctional Association (ACA) standards. Defendant Havard is being sued in his individual capacity and official capacity. Defendant Havard may be served at 355 Cox Street, Suite B, Lucedale, MS. 30452.

5.      Defendant Terry Rogers was at all times relevant the Warden of George-Greene County Correctional Facility ("GCCF") a regional correctional facility. Defendant Rogers has the responsibility for providing humane care and treatment of prisoners consistent with all constitutional standards and American Correctional Association (ACA) standards. Defendant Rogers is being sued in his individual capacity and official capacity. Defendant Rogers may be served with process at the George-Greene County Correctional Facility located at 154 Industrial Park Road, Lucedale, Ms. 39452.

6.      The identities of Defendants John and Jane Doe 1-10 are presently unknown and are

unknown persons or entities who may be liable for the claims asserted herein including agents, servants, employees, representatives, tortfeasors, co-conspirators, joint adventures and any other person and/or entity responsible for the injuries and damages described herein. Plaintiff will amend his Complaint once the identities of the unknown Defendants are learned.

### FACTS

7.    On or about the January 26, 2023 while a pretrial detainee incarcerated at GCCF facility in Greene County, Mississippi  Plaintiff was subjected to repeated incidents of assault, battery,  rape, and abuse at the hands of other inmates at the facility.

8.    GCCF employees failed to take any steps to discover, intervene, and prevent this assault/rape. Upon information and belief GCCF employees failed to monitor the activities of the inmates housed at GCCF.  If these actions were performed, GCCF  employees either ignored the assault which the Plaintiff was enduring or they condoned it. Either way, GCCF by and through its employees, were indifferent, negligent, reckless, and/or grossly negligent. Defendant GCCF had the responsibility for providing humane care and treatment of inmates including the Plaintiff consistent with all constitutional rights and American Correctional Association ("ACA") standards.

9.    Upon information and belief, GCCF  was chronically understaffed. GCCF officials including Defendant Rogers failed to conduct the necessary amount of security checks or security monitoring of the inmates at the facility to prevent the type of inmate assault as occurred to the Plaintiff and to  prevent foreseeable harm to the pretrial detainees such as the Plaintiff. Such actions and inactions caused or contributed to  the subject assaults and Plaintiff's injuries.

GCCF has a pattern and practice of understaffing this correctional facility. The staff who were on duty were inadequately trained and/or supervised to handle the prison population which existed at GCCF including the type of inmates who was incarcerated at the facility at the time of the subject attack. Defendant Rogers and his staff's actions and inactions were negligent, grossly negligent, and/or deliberately indifferent to the safety and well-being of the Plaintiff.

## SECTION 1983 CAUSES OF ACTION

10.   Plaintiff incorporates all of the allegations set forth in paragraphs 1 through 10 hereinabove.

11.   Pursuant to Miss. Code Ann. § 47-5-931  correctional facilities such as GCCF shall be operated and maintained in accordance with ACA standards and shall comply with all constitutional standards of the United States and the State of Mississippi.

12.   Defendants had the responsibility and non-delegable duty to supervise, oversee and control the training and job performance of the staff as well as the daily operations of GCCF. Defendants had a duty to ensure that GCCF was maintained in a safe condition, suitable for human occupation and compliant with all statutory and constitutional requirements. Defendants had the duty to ensure that its employee and officials acted in compliance with the laws and Constitution of the State of Mississippi and the United States and ACA standards.
This included the duty to ensure that the conditions of inmate confinement did not deprive the inmates including the Plaintiff of their rights and did not otherwise impose what may constitute cruel and unusual punishment. By failing to intervene, prevent, and stop the assault/sexual assault/rape of the Plaintiff, Defendants breached their duty to the Plaintiff.

13.   By and through Defendants' deliberate indifference to the safety of the Plaintiff and the establishment of customs, policies, and practice which created unconstitutional conditions of confinement, Defendants and the Doe Defendants 1-10 violated the clearly established constitutional rights of the Plaintiff, including but not limited to, (A) cruel and unusual punishment under the 8th and 14th amendments; (B) Plaintiff's right not to be deprived of liberty without due process of law;(C) Plaintiff's right to be safe and protected from injury while in  custody; and (D) Plaintiff's right to be protected by prison officials and guards from assault/rape by other inmates.

14.   The GCCF facility was maintained and operated in such a manner that the conditions of confinement resulted in a comprehensive and pervasive pattern of serious deficiencies in providing the basic human needs of the pretrial detainees/inmates housed in GCCF including the plaintiff.

15.   Said conditions of confinement also included many policies, practices, and customs that deprived the inmates, including the Plaintiff, of their right to reasonable, adequate, and timely medical care. Some of the policies, customs, and practices which constituted said conditions included, but were not limited to, (A) regularly denying delaying or interfering with inmate request for medical care; (B) ignoring, delaying, or failing to promptly comply with treatment orders of the doctors and; (C) not properly providing reasonable medical care and treatment to inmates, including the Plaintiff.

16.   The policies, practices, and customs set forth in the preceding paragraph as well as others that may come to light during the course of this litigation resulted in numerous repeated

and pervasive deprivation of the Plaintiff's right to reasonable, adequate, and timely medical care under both the 8th and 15th amendments at GCCF.

17.   Such unwritten policies, customs, and practices included but not limited to (A) inadequate and improper training, supervision, and discipline of GCCF correctional officers/deputies; (B) inadequate and improper procedures and practices in screening, hiring, training, and supervising staff; (C) failure to properly classify inmates; (D) failing to conduct safety checks of inmates or having sufficient number of officers assigned to the facility to prevent inmate assaults/rapes by other inmates; and (E) failing to adequately staff GCCF with trained and qualified guards and allowing the prison to be understaffed.

18.   As a reasonable foreseeable result of the Defendants' acts or omissions, Plaintiff suffered damages including but not limited to personal injury, emotional stress, mental anguish, pain and suffering, loss of income, and medical expenses.

19.   From Defendants and Doe Defendants 1-10, jointly and severally, Plaintiff seeks recovery of all compensatory damages which he is entitled as a result of the conditions of Plaintiff's confinement and the damages he suffered therefrom. Plaintiff further seeks recovery of punitive damages from Defendants and Doe Defendants 1-10 for their conduct in callous and reckless disregard for the rights, welfare, and safety of the Plaintiff.

**NEGLIGENCE/GROSS NEGLIGENCE**

20.   Plaintiff incorporates all allegations set forth in paragraphs 1 through 20 hereinabove.

21.   At all times relevant hereto Defendants had a duty to comply with the

standards and practices of the ACA including, but not limited to, the implementation of the requirements of the Prison Rape Elimination Act, 42 USC § 15601, *et seq.* 28 CFR § 115.41 provides that all inmates are to be screened for risk of being sexually abused by other inmates. Defendants and their employees breached that duties by failing to comply with the standards and practices of the ACA, the PREA, and the CFR, that such failure was the proximate cause or contributing cause of the personal injuries sustained by the Plaintiff. This breach was so egregious as to amount to gross negligence or reckless indifference.

22.    The damages sustained by the Plaintiff were the reasonably foreseeable outcome of Defendants and their employees' acts or omissions. These acts or omissions were substantial factors in bringing about the harm and damages suffered by the Plaintiff.

## NEGLIGENT HIRING AND SUPERVISION

23.    Plaintiff incorporates all allegations set forth in paragraphs 1 through 23 hereinabove.

24.    Defendants negligently hired, supervised, and retained their employees and agents by (A) failing to properly care for and ensure the Plaintiff's health, safety, and well-being while incarcerated at GCCF; (B) properly train, supervise, discipline, retain and/or discharge its employees, agents, and/or representatives; and (C) were otherwise negligent in their care and treatment of the Plaintiff and as a direct and proximate result, the Plaintiff sustained the harm alleged herein.

## RESPONDEAT SUPERIOR

25.    Plaintiff incorporates all allegations set forth in paragraphs 1 through 25

hereinabove.

26.   Defendants acted with negligence, gross negligence, and/or intentionally by allowing or failing to prevent the harm to the Plaintiff. At all times relevant, each Defendant owed a duty to the Plaintiff to ensure his health, safety, and well-being while in the custody of GCCF and Defendants breached this duty. The actions and/or inactions of Defendants led directly to the injuries sustained by Plaintiff. Defendants are liable for such actions which were undertaken during the course and scope of their employment.

### PUNITIVE DAMAGES

27.   Plaintiff incorporates all allegations set forth in paragraphs 1 through 27 hereinabove

28.   Defendants and Doe Defendants 1-10 acted in complete disregard for the safety of the Plaintiff by acting in a negligent and/or grossly negligent and/or reckless indifferent manner as previously described herein. The actions of Defendants warrant assessment of punitive damages.

### PRAYER FOR RELIEF

Plaintiff requests that upon a jury trial of this cause, the court will award all relief due Plaintiff as set forth herein, including but not limited to, the following relief: (A) compensatory damages; (B) punitive damage; (C) reasonable attorney fees and all costs of this court; (D) post judgment interest; and (E) such other general and specific relief as appears reasonable and just.

Respectfully submitted, this the 4th day of April, 2024.

_____
MICHAEL W. CROSBY

MICHAEL W. CROSBY (MSB #07888)
Attorney at Law
2111 25th Avenue
Gulfport, MS  39501
Tel:    (228) 865-0313
Fax:    (228) 865-0337
michaelwcrosby@bellsouth.net

IN THE CIRCUIT COURT OF GEORGE COUNTY, MISSISSIPPI

AARON VAUGHN BAKER                                          PLAINTIFF

VS                                                          24-CV-90

GEORGE COUNTY, MISSISSIPPI, GEORGE COUNTY                   DEFENDANT
SHERIFF KEITH HAVARD, TERRY ROGERS, WARDEN OF
GEORGE=GREEN COUNTY CORRECTIONAL FACILITY,
JOHN AND JANE DOES 1-10

## SUMMONS

TO ANY LAWFUL OFFICER UNAUTHORIZED TO SERVE
PROCESS; YOU ARE HEREBY COMMANDED TO SUMMON:

GEORGE COUNTY, MISSISSIPPI
By service upon Cammie B. Byrd Chancery Clerk
355 Cox Street Suite B
Lucedale, MS  39452

## NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT
AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS BY FILIN
YOUR ANSWER AS PROVIDED BY LAW AND/OR THE M MISSISSIPPI RULES OF
CIVIL PROCEDURE.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
Michael W. Crosby, the attorney for the Plaintiff, whose address is 2111 25th Avenue Gulfport,
MS 39501.  Your response must be mailed or delivered within thirty (30) days from the date of
delivery of this Summons and Complaint or a judgment by default will be entered against you for
the money or other things demanded in the Complaint

You must also file the original of your response with the Clerk of this Court within a
Reasonable time afterward.

Issued under my hand and the seal of said Court, this the 5 day of april 2024.

Chad Welford
Circuit Clerk

IN THE CIRCUIT COURT OF GEORGE COUNTY, MISSISSIPPI

AARON VAUGHN BAKER                                          PLAINTIFF

VS                                                          *24-cv-90(2)*

GEORGE COUNTY, MISSISSIPPI, GEORGE COUNTY            DEFENDANT
SHERIFF KEITH HAVARD, TERRY ROGERS, WARDEN OF
GEORGE=GREEN COUNTY CORRECTIONAL FACILITY,
JOHN AND JANE DOES 1-10

## **SUMMONS**

TO ANY LAWFUL OFFICER UNAUTHORIZED TO SERVE
PROCESS; YOU ARE HEREBY COMMANDED TO SUMMON:

GEORGE-GREENE COUNTY CORRECTIONAL FACILITY, MISSISSIPPI
Warden Terry Rogers
154 Industrial Park Road
Lucedale, MS  39452

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT
AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS BY FILIN
YOUR ANSWER AS PROVIDED BY LAW AND/OR THE M MISSISSIPPI RULES OF
CIVIL PROCEDURE.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
Michael W. Crosby, the attorney for the Plaintiff, whose address is 2111 25th Avenue Gulfport,
MS 39501.  Your response must be mailed or delivered within thirty (30) days from the date of
delivery of this Summons and Complaint or a judgment by default will be entered against you for
the money or other things demanded in the Complaint

You must also file the original of your response with the Clerk of this Court within a
Reasonable time afterward.

Issued under my hand and the seal of said Court, this 5 Day of April, 2024.

Chad Welford
Circuit Clerk

IN THE CIRCUIT COURT OF GEORGE COUNTY, MISSISSIPPI

AARON VAUGHN BAKER

VS

GEORGE COUNTY, MISSISSIPPI, GEORGE COUNTY
SHERIFF KEITH HAVARD, TERRY ROGERS, WARDEN OF
GEORGE=GREEN COUNTY CORRECTIONAL FACILITY,
JOHN AND JANE DOES 1-10

PLAINTIFF

*24-CV-9012)*

DEFENDANT

### SUMMONS

TO ANY LAWFUL OFFICER UNAUTHORIZED TO SERVE
PROCESS; YOU ARE HEREBY COMMANDED TO SUMMON:

Sheriff Keith Havard
355 Cox Street Suite B
Lucedale, MS  39452

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT
AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS BY FILIN
YOUR ANSWER AS PROVIDED BY LAW AND/OR THE M MISSISSIPPI RULES OF
CIVIL PROCEDURE.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
Michael W. Crosby, the attorney for the Plaintiff, whose address is 2111 25th Avenue Gulfport,
MS 39501.  Your response must be mailed or delivered within thirty (30) days from the date of
delivery of this Summons and Complaint or a judgment by default will be entered against you for
the money or other things demanded in the Complaint

You must also file the original of your response with the Clerk of this Court within a
Reasonable time afterward.

Issued under my hand and the seal of said Court, this the 5 day of *April*, 2024.

Chad Welford
Circuit Clerk

I, the undersigned process server, served the Summons and Complaint upon the person or Entity name above in the manner set forth below:

_____FIRST CLASS MAIL AND ACKNOWLEDGEMENT SERVICE, by mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgement and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgement of receipt pursuant to M.R.C.P. Form 1B).

_____PERSONAL SERVICE, I personally delivered copies to _Jerry Rogers_____ an agent/servant or employee of _Warden GCCF_____, this the _12th_ day of _April_, 2024, where I found said person in _____George_____ County of the State of Mississippi.

_____RESIDENCE SERVICE, after exercising reasonable diligence I was unable to deliver copies to said person within_____ County Mississippi, I served the Summons and Complaint on the _____ day of _____ 2023, at the usual place of abode of said person by leaving a true and correct copy of the Summons and Complaint with _____ who is the (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of_____, 2024, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____CERTIFIED MAIL SERVICE, By mailing to an address outside Mississippi (by first class Mail, postage prepaid, requiring a return receipt) copies to the person served.  (Attach signed Return receipt or the return envelope marked "Refused.")

At the time of service, I was at least 18 years of age and not a party to this action.
Fee for service: _____

Name: _Joseph Raffeo_____
Address: _19336 Eldridge Dr_____
City/State/Zip: _Saucier, MS 39574_

STATE OF MISSISSIPPI
COUNTY OF _Harrison_____

Personally appeared before me the undersigned authority in and for the state and county Aforesaid, the within named who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service" are true and correct as therein stated.

_____
Processor Server Signature

SWORN TO and subscribed before me on this the _12th_ day of _April_____ 2024

_____
NOTARY PUBLIC

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 124654
TYLER RAY HEFLIN
Commission Expires
Sept. 5, 2026
HARRISON COUNTY

I, the undersigned process server, served the Summons and Complaint upon the person or
Entity name above in the manner set forth below:

_____FIRST CLASS MAIL AND ACKNOWLEDGEMENT SERVICE, by mailing (by first class mail,
postage prepaid), on the date stated in the attached Notice, copies to the person served, together with
copies of the form of notice and acknowledgement and return envelope, postage prepaid, addressed to the
sender (Attach completed acknowledgement of receipt pursuant to M.R.C.P. Form 1B).

_____PERSONAL SERVICE, I personally delivered copies to _Cammie Byrd_____ an
agent/servant or employee of _Gorge City Channy Clerk_, this the _12th_ day of _April_, 2024, where I
found said person in _____Georges_____ County of the State of Mississippi.

_____RESIDENCE SERVICE, after exercising reasonable diligence I was unable to deliver
copies to said person within_____ County Mississippi, I served the Summons and Complaint on the
_____ day of _____ 2023, at the usual place of abode of said person by leaving a true and correct
copy of the Summons and Complaint with _____
who is the (here insert wife, husband, son, daughter or other person as the case may be), a
member of the family of the person served above the age of sixteen years and willing to receive
the summons and complaint, and thereafter on the _____ day of_____, 2024, I mailed (by
first class mail, postage prepaid) copies to the person served at his or her usual place of abode
where the copies were left.

_____CERTIFIED MAIL SERVICE, By mailing to an address outside Mississippi (by first class
Mail, postage prepaid, requiring a return receipt) copies to the person served.  (Attach signed
Return receipt or the return envelope marked "Refused.")

At the time of service, I was at least 18 years of age and not a party to this action.
Fee for service: _____

Name: _Joseph Razzeo_____
Address: _19336 Eldridge DR_
City/State/Zip: _Saucier, MS 39574_

STATE OF MISSISSIPPI
COUNTY OF _Harrison_____

Personally appeared before me the undersigned authority in and for the state and county
Aforesaid, the within named who being first by me duly sworn states on oath that the matters
and facts set forth in the foregoing "Proof of Service" are true and correct as therein
stated.

_____
Processor Server Signature

SWORN to and subscribed before me on this the _12th_ day of _April_ _____ 202X 4

_____
NOTARY PUBLIC

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 124654
TYLER RAY HEFLIN
Commission Expires
Sept. 5, 2026
HARRISON COUNTY

I, the undersigned process server, served the Summons and Complaint upon the person or
Entity name above in the manner set forth below:

_____FIRST CLASS MAIL AND ACKNOWLEDGEMENT SERVICE, by mailing (by first class mail,
postage prepaid), on the date stated in the attached Notice, copies to the person served, together with
copies of the form of notice and acknowledgement and return envelope, postage prepaid, addressed to the
sender (Attach completed acknowledgement of receipt pursuant to M.R.C.P. Form 1B).

__X___ PERSONAL SERVICE, I personally delivered copies to _Keith Havard_____ an
agent/servant or employee of _Retired Sheriff of George County_ this the _12_ day of _April_, 2024, where I
found said person in __George_____County of the State of Mississippi.

_____RESIDENCE SERVICE, after exercising reasonable diligence I was unable to deliver
copies to said person within_____ County Mississippi, I served the Summons and Complaint on the
_____ day of _____ 2024, at the usual place of abode of said person by leaving a true and correct
copy of the Summons and Complaint with _____
who is the (here insert wife, husband, son, daughter or other person as the case may be), a
member of the family of the person served above the age of sixteen years and willing to receive
the summons and complaint, and thereafter on the ____ day of_____, 2024, I mailed (by
first class mail, postage prepaid) copies to the person served at his or her usual place of abode
where the copies were left.

_____CERTIFIED MAIL SERVICE, By mailing to an address outside Mississippi (by first class
Mail, postage prepaid, requiring a return receipt) copies to the person served.  (Attach signed
Return receipt or the return envelope marked "Refused.")

At the time of service, I was at least 18 years of age and not a party to this action.
Fee for service: _45.00_____

Name: _Regina Hodges_____
Address: _385 Cox Street_____
City/State/Zip: _Lucedale MS_____

STATE OF MISSISSIPPI
COUNTY OF _George_____

Personally appeared before me the undersigned authority in and for the state and county
Aforesaid, the within named who being first by me duly sworn states on oath that the matters
and facts set forth in the foregoing "Proof of Service" are true and correct as therein
stated.

_Regina Hodges_____
Processor Server Signature

SWORN TO and subscribed before me on this the _1st_ day of _May_____2024.

_Cammie Byrd___  By: _____
NOTARY PUBLIC

**Cammie Byrd, Chancery Clerk
George County, Mississippi
My Commission Expires: Jan 1, 2028**